**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **SHAMIA PETTIFORD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO: 7:26-cv-216–WLS** |
| **JIMMY HANEY,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

# ORDER

By Order (Doc. 7) entered September 14, 2026, Plaintiff Shamia Pettiford was ordered to file on or before September 28, 2026, a brief showing cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff was provided with the alternative of complying with such Order by filing an appropriate amendment to her complaint. The Court noticed Plaintiff that failure to respond or comply with the Court's order would subject Plaintiff's complaint to dismissal without prejudice, without further notice or proceeding. (*Id.*)

A review of the docket reflects that as of the date of this Order, Plaintiff has failed to comply with the September 14, 2026 Order. Plaintiff has not filed a brief or an amended complaint. Nor has she shown cause why her complaint should not be dismissed without prejudice after notice and Order from the Court.

Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED**, this 7th day of October 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**